1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GENE ZARITSKY, )
)
          Plaintiff, )     **Case No. 3:07-cv-00006-JCM-VPC**
)
vs )
)      <u>     ORDER     </u>
JACKIE CRAWFORD, et al., )
)
          Defendants. )
)

16        Presently before the court is Magistrate Judge Cooke's report and recommendation (#63) denying plaintiff's motion for a temporary restraining order (#53) and granting in part and denying in part defendants' motion to dismiss (# 36).

<u>Report and recommendation (#63) to which plaintiff Zaritsky failed to specifically object</u>

Judge Cooke entered her report and recommendation (#63) denying plaintiff Gene Allen Zaritsky's motion for a temporary restraining order (#53) on July 9, 2008.

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Under Local Rule IB 1-4 and 28 U.S.C. § 636(b)(1)(B), a magistrate judge shall file findings and recommendations for disposition by the district judge. The district judge "shall

make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made [and] may accept, reject, or modify, in whole or in part, the findings or recommendations." 28 U.S.C. § 636(b)(1). Under Local Rule IB 3-2, the district judge may also receive further evidence or remand the same to the magistrate with instructions.

Plaintiff filed an objection (#64) to Judge Cooke's report and recommendation but did not specifically object to the denial of the motion for temporary restraining order.  Moreover, plaintiff has since been transferred to the Ely State Prison, rendering his motion moot.  Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-1, upon review of Judge Cooke's report and recommendation, and without specific objection being filed, the court affirms the recommendation to deny plaintiff's motion for a temporary restraining order.

<u>Report and recommendation (#63) to which plaintiff Zaritsky objected</u>

Judge Cooke further recommended granting in part and denying in part defendants' motion to dismiss (# 36) on July 9, 2008.

Judge Cook recommended granting defendants' motion to dismiss (# 36) as to all defendants in their official capacity and entirely as to defendant LeGrand.  Plaintiff filed an objection (#64) to Judge Cooke's report and recommendation but did not specifically object to the dismissal of all defendants in their official capacity and entirely as to defendant LeGrand.

The principle is well established that plaintiffs may not sue state officials in their official capacity for monetary damages. *Bank of Lake Tahoe v. Bank of America*, 318 F.3d 914, 918 (9th Cir. 2003). Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-1, upon review of Judge Cooke's report and recommendation, and there being no specific objection filed, the court affirms the recommendation to grant the motion to dismiss as to all defendants in their official capacities and entirely as to defendant LeGrand.

1    Additionally, Judge Cooke recommended denying the motion to dismiss (# 36) as to all other
2 claims and defendants. Pursuant to Local Rule IB 1-4 and 28 U.S.C. § 636(b)(1)(B), the court affirms
3 Judge Cooke's recommendation to deny the motion to dismiss as to all other claims and defendants.
4    Having reviewed all relevant documents in this matter,
5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's objection (#64) to
6 United States Magistrate Judge Cooke's report and recommendation (# 63), be and the same hereby is,
7 DENIED.
8    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judge Cooke's report and
9 recommendation (#63) to grant defendants' motion to dismiss (#36) as to all defendants in their official
10 capacities and entirely as to defendant LeGrand, and deny plaintiff's motion for a temporary restraining
11 order (#53), be and the same hereby is, AFFIRMED in its entirety.
12    DATED this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE