**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE ZARITSKY,                                )
                                              )
                    Plaintiff,                )        **Case No. 3:07-cv-00006-JCM-VPC**
                                              )
vs                                            )
                                              )                 <u>ORDER</u>
JACKIE CRAWFORD, et al.,                      )
                                              )
                    Defendants.               )
_____       )

Presently before the court are the report and recommendations of United States Magistrate Judge Valerie Cooke, which were filed on November 24, 2008.  (Doc. # 72)  Judge Cooke recommended dismissing defendants Brian Suwinski, Tami Perino, and John Lednhardt from this action without prejudice.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall, within ten (10) days from the date of service of the findings and recommendations, file and serve specific written objections together with points and authorities in support thereof.  This court then conducts a *de novo* determination of those portions of the specified findings or recommendations to which objections have been made.  Here, no objections were filed.

Upon review of the magistrate judge's findings and recommendations and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Cooke's report and recommendations (Doc. # 72) are AFFIRMED in their entirety.

IT IS FURTHER ORDERED that the above named defendants are dismissed from this action without prejudice.

DATED this 23rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

2