# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENE ZARITSKY, | ) |
| Plaintiff, | ) Case No. 3:07-cv-00006-JCM-VPC |
| vs | ) |
| JACKIE CRAWFORD, et al., | ) ORDER |
| Defendants. | ) |

Presently before the court is the report and recommendation of United States Magistrate Judge Valerie P. Cooke. (Doc. # 121).

Upon reviewing the plaintiff's motion for summary judgment (doc. # 107), and the defendants' motion for summary judgment (doc. #113), Judge Cooke recommended that defendants' motion for summary judgment be granted, and the plaintiff's motion summary judgment be denied.  In her report and recommendation, Judge Cooke stated that defendant Olivas was entitled to qualified immunity with respect to plaintiff's alleged constitutional injury.  Judge Cooke further stated that plaintiff failed to demonstrated any factual issues as to the remaining defendants, and with respect to his claims for retaliation, negligence, or negligence infliction of emotional distress. (Doc. # 121).

. . .

Pursuant to 28 U.S.C. §636(b)(1)(c) and Local Rule IB 3-2, the parties may file specific written objections to this report and recommendation within fourteen days of receipt. Objections to the report and recommendation were due on June 28, 2010. To date, no objections have been filed.

Upon review of the magistrate judge's findings and recommendation (Doc. # 121) and there not being any objections,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Valerie P. Cooke's report & recommendation (Doc. #121) is AFFIRMED in its entirety. The defendants' motion for summary judgment is granted (doc. #113), and the plaintiff's motion for summary judgment (doc. # 107) is denied.

DATED this 2nd day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE