AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

GENE ZARITSKY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:  **3:07-CV-00006-JCM-VPC**

JACKIE CRAWFORD, ET AL,

    Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that United States Magistrate Judge Valerie P. Cooke's report & recommendation [121] is AFFIRMED in its entirety. The defendants' motion for summary judgment is GRANTED [113], and the plaintiff's motion for summary judgment [107] is DENIED.

| July 6, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |